UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INDA COLE | * CIVIL ACTION NO.: |
| VERSUS | * SECTION: |
| J.P. MORGAN CHASE AND COMPANY d/b/a J.P. MORGAN CHASE BANK, NA d/b/a CHASE BANK, FIRST COMMERCE REAL ESTATE CORPORATION, AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | * MAGISTRATE: <br> * REQUEST FOR JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

**PLEASE TAKE NOTICE** that defendants, **JPMorgan Chase Bank, NA ("Chase") (incorrectly referred to as "J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA, d/b/a Chase Bank") and Liberty Mutual Fire Insurance Company ("Liberty")**, through undersigned counsel, pursuant to 28 U.S.C. 1441, respectfully submit this Notice of Removal of this action from the Civil District Court for the Parish of Orleans, State of Louisiana, in which it is now pending under the name and style, *Inda Cole v. J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA, d/b/a Chase Bank, First Commerce Real Estate Corporation, and Liberty Mutual Fire Insurance Company*, number 2010-846, Division "G" ("Lawsuit"), to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, said defendants state as follows:

1.

Inda Cole ("Plaintiff") instituted the Lawsuit on January 26, 2010, by filing the Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana. On

February 2, 2010, Plaintiff filed a First Supplemental and Amending Petition for Damages (the Petition for Damages and First Supplemental and Amending Petition for Damages are collectively referred to as the "Petition as Amended").

2.

A copy of all process, pleadings, and orders in the state court action are attached hereto as Exhibit 1.

3.

Chase was served with the original Petition for Damages on February 4, 2010 through its President, Michael G. Nelson. (See Exhibit 1)

4.

Chase was served with the First Supplemental and Amending Petition through its branch manager, Meleka Pierce, on February 9, 2010. (See Exhibit 1)

5.

Chase was again served with the First Supplemental and Amending Petition through its president, Michael G. Nelson, on February, 17, 2010. (See Exhibit 1)

6.

Upon information and belief, Liberty Mutual was served with the original and First Supplemental and Amending Petition for Damages on February 15, 2010.

7.

Defendants were first notified of the existence of the Lawsuit when a copy of the original Petition for Damages and the First Supplemental and Amending Petition for Damages was faxed to Liberty on February 3, 2010. (Exhibit 2)

8.

Upon information and belief no other parties have been served in this matter to date, including but not limited to First Commerce Real Estate Corporation.

9.

No other pleadings have been filed in connection with the Lawsuit to date in state court.

10.

Since this Notice of Removal has been filed within 30 days of February 3, 2010, this Notice of Removal has been timely filed pursuant to 28 U.S.C. 1446(b)

11.

The Lawsuit is removed on grounds of diversity, "fraudulent joinder" of First Commerce Real Estate Corporation, and/or the naming of a fictitious defendant as a party to the Petition as Amended.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, and will be served on counsel for all parties as provided by law. A copy of the Notice to Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, is attached as Exhibit 3.

13.

All served defendants are represented by undersigned counsel and they have consented to the removal of this action from state court to federal court.

## PARTIES

14.

Plaintiff, Inda Cole, alleges that she is a person of majority and a resident of the Parish of Orleans, State of Louisiana.

15.

Defendant, Chase, is considered a citizen of the State of New York since New York is designated in its articles of association as the location of its main office [See 28 U.S.C. 1348 and *Wachovia Bank v. Schmidt*, 546 U.S. 303, 126 S.Ct. 941, 163 L.Ed. 797 (2006).]

16.

Defendant, Liberty, is a Massachusetts company with its principal place of business in Boston, Massachusetts.

17.

Defendant First Commerce Corporation (incorrectly referred to as "First Commerce Real Estate Corporation") is alleged to be a Texas corporation in the Lawsuit. However, in reality at all times pertinent to this litigation Chase wholly owned and managed First Commerce Corporation. To the extent it is alleged that First Commerce's presence in this matter defeats diversity for removal purposes, First Commerce has been fraudulently joined.

## PLAINTIFF'S CAUSE OF ACTION

18.

Plaintiff filed her Lawsuit against the defendants to recover certain damages related to an incident that allegedly occurred on February 3, 2009 in which the Plaintiff alleges she was a visitor at the Chase Bank location at 4400 General DeGaulle Drive, in the Parish of Orleans,

State of Louisiana, and allegedly came into contact with a glass partition that shattered, allegedly causing personal injuries.

## FICTITIOUS DEFENDANT AND/OR FRAUDULENT JOINDER OF FIRST COMMERCE REAL ESTATE CORPORATION

19.

It is well established that federal courts will not allow a party to defeat jurisdiction by fraudulently joining a non-diverse defendant. *See e.g. Carriere v. Sears, Roebuck & Co.,* 893 F2d 98 (5th Cir. 1990) (listing cases); *Hardy v. Randall Ducote,* 246 F.Supp.2d 509 (W.D. La. 2003) (listing cases). Plaintiff has done just that in this case.

In assessing whether a fraudulent joinder has occurred, the Court can and should "pierce the pleadings" to determine whether the plaintiff has stated a legitimate claim under state law against the non-diverse defendant. *Carriere,* 893 F2d at 100; *Hardy,* 246 F.Supp.2d at 511; *Fanguy v. Eastover Country Club, LLC,* 2002 U.S. Dist. LEXIS 15743 (E.D. La. August 15, 2002); *St. Etienne v. Martin Marietta Manned Space Systems,* 1994 WL 179968 (E.D. La. April 29, 1994). Specifically, because claims of fraudulent joinder in the Fifth Circuit are disposed of in a "summary judgment-like procedure," the Court can and should consider evidence outside the pleadings, including affidavits, depositions and other documentary evidence, to resolve the claim that First Commerce was fraudulently joined. *Carriere,* 893 F.2d at 100; *Hardy,* 246 F.Supp.2d at 511.

20.

Plaintiff has alleged that First Commerce was the owner and operator of the Chase bank location where the incident at issue occurred; however, no specific allegations of negligence or strict liability are made against this defendant in the Petition as Amended. As such, the plaintiff

has not stated a legitimate claim under the laws of the state of Louisiana against this defendant. Furthermore, Chase is the owner and operator of the said bank location, not First Commerce.

21.

Further, First Commerce has not been served in this matter making removal of this matter proper even if First Commerce is an in-state defendant, which is not admitted. This is particularly the case when, as in the instant matter, the removal efforts are instituted after the removing defendant has been served but the in-forum defendant has not been served. *McCall v. Scott*, 239 F.3d 808 (6th Cir. 2001); *Stan Winston Creatures Inc. v. Toys "R" Us, Inc.*, 314 F. Supp. 2d 177 (S.D.N.Y. 2003).

22.

Most importantly, Chase purchased First Commerce Corporation prior to the February 3, 2009 incident that is the subject of this litigation; therefore, Chase was the sole owner of First Commerce Corporation and Chase was the sole owner and manager of the Chase bank location at issue at all pertinent times.

23.

Since Chase was the sole owner and manager of the subject Chase bank location and First Commerce Corporation at the time of the subject accident, the plaintiff has not stated a legitimate claim under the laws of the state of Louisiana against First Commerce. If one corporation is wholly under the control of another, the fact that it is a separate entity does not relieve the latter from liability. *Hamilton v. AAI Ventures*, LLC, 99-CA-1849 (La.App. 1 Cir. 9/22/00), 768 So.2d 298. In such instance, the former corporation is merely an alter ego or a business conduit of the latter. *Id.* When corporations represent precisely the same single interest, the court is free to disregard their separate corporate identity. *Id.* It is clear that courts can pierce the veil of a

corporation in order to reach the "alter egos" of the corporate defendant. This is especially true where the corporations constitute a single business. Courts have been unwilling to allow affiliated corporations that are not directly involved to escape liability simply because of the business fragmentation. Where a single corporation has been fragmented into branches that are separately incorporated and are managed by a dominant or parent entity, or have interlocking directorates, the courts have held the dominant or parent corporation liable for the obligations of its branches whenever justice requires protection of the rights of third persons. *Id.* Therefore, First Commerce Corporation, a corporation that is wholly owned and managed by Chase, cannot bear any liability in state court, making removal proper under the doctrine of fraudulent joinder.

24.

Given that there are no actual allegations of negligence or strict liability against First Commerce in the Petition as Amended, that First Commerce Corporation was wholly owned and managed by Chase at all pertinent times, and that Chase owned and managed the subject building at all pertinent times, the Plaintiff has an inherent inability to recover against First Commerce and the joinder of First Commerce was fraudulent and should not be considered to defeat diversity jurisdiction. *Carriere, supra.*

25.

As such, there is complete diversity of citizenship among the parties as the plaintiff is a citizen of Louisiana and the defendants are citizens of other states.

26.

Accordingly, the instant action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1332, and is one which may be removed to this Court by petitioners herein, pursuant to the provisions of 28 U.S.C. 1441, in that it is a civil action between citizens

of different states and it is believed that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

27.

Defendants are entitled to and pray for a trial by jury on all issues.

**WHEREFORE**, defendants, **JPMorgan Chase Bank, NA (incorrectly referred to as "J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA, d/b/a Chase Bank") and Liberty Mutual Fire Insurance Company**, pray that the above entitled cause on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that Court to the Docket of the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted,

**Allen & Gooch**

BY: _____
**BRENT M. MAGGIO, T.A., # 19959
SCOTT F. DAVIS, # 26013
LORI A. DAIGLE, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265**

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing Notice of Removal and Verification has been electronically filed on the ____ day of March, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and by depositing same in the United States Mail, postage prepaid, and properly addressed this ____ day of March, 2010, upon:

**CLERK OF COURT**
**CIVIL DISTRICT COURT**
**PARISH OF ORLEANS**
**STATE OF LOUISIANA**
421 Loyola Avenue, Room 402
New Orleans, LA 70112
Phone: (504) 592-9100
Fax: (504) 592-9128

**Edward J. Womac, Jr., # 2195**
Brian King, #24817
Matthew Sutton, # 30084
Brian Branch, #30411
Jason Giles, #29211
Douglas J. Womac, Jr. #31570
Christopher J. Williamson, #23911
Anthony J. Milazzo, III, #29631
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street.
New Orleans, LA 70119
Tel: 504-486-9999
Fax: 504-488-4178
*Counsel for Plaintiff*

_____
**Brent M. Maggio**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INDA COLE | * CIVIL ACTION NO.: |
| VERSUS | * SECTION: |
| J.P. MORGAN CHASE AND COMPANY d/b/a J.P. MORGAN CHASE BANK, NA d/b/a CHASE BANK, FIRST COMMERCE REAL ESTATE CORPORATION, AND LIBERTY MUTUAL FIRE INSURANCE COMPANY | * MAGISTRATE: <br> * REQUEST FOR JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX OF PLEADINGS OF THE CIVIL DISTRICT COURT

**NOW INTO COURT,** come defendants, **JPMorgan Chase Bank, NA (incorrectly referred to as "J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA, d/b/a Chase Bank") and Liberty Mutual Fire Insurance Company ("Liberty")**, through their undersigned counsel, who certifies that the following pleadings, copies of which are attached hereto as Exhibit 1, constitute the entire Civil District Court record:

1. Petition for Damages filed on January 26, 2010;

2. First Supplemental and Amending Petition for Damages filed on February 2, 2010;

3. Citation to J.P. Morgan Chase and Company through its President, Michael G. Nelson at 1010 Common Street, New Orleans, Louisiana, 70112, indicating Personal Service of the Petition for Damages on February 4, 2010;

4. Citation to J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA d/b/a Chase Bank through its Branch Manager at 4400 General DeGaulle Drive, New Orleans, Louisiana, 70131 indicating Personal Service of the Supplemental and Amending Petition on February 9, 2010 through Melika Pierce; and

5. Citation to J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA d/b/a Chase Bank through its President, Michael G. Nelson at 210 Barone Street, New Orleans, Louisiana, 70112, indicating Personal Service of the Supplemental and Amending Petition on February 17, 2010.

Respectfully submitted,

**Allen & Gooch**

BY: _____
BRENT M. MAGGIO, T.A., # 19959
SCOTT F. DAVIS, #26013
LORI A. DAIGLE, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing Notice of Removal and Verification has been electronically filed on the ____ day of March, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and by depositing same in the United States Mail, postage prepaid, and properly addressed this ____ day of March, 2010, upon:

**CLERK OF COURT**
**CIVIL DISTRICT COURT**
**PARISH OF ORLEANS**
**STATE OF LOUISIANA**
421 Loyola Avenue, Room 402
New Orleans, LA 70112
Phone: (504) 592-9100
Fax: (504) 592-9128

**Edward J. Womac, Jr., # 2195**
Brian King, #24817
Matthew Sutton, # 30084
Brian Branch, #30411
Jason Giles, #29211
Douglas J. Womac, Jr. #31570
Christopher J. Williamson, #23911
Anthony J. Milazzo, III, #29631
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street.
New Orleans, LA 70119
Tel: 504-486-9999
Fax: 504-488-4178
*Counsel for Plaintiff*

_____
Brent M. Maggio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INDA COLE | * CIVIL ACTION NO.: |
| VERSUS | * SECTION: |
| J.P. MORGAN CHASE AND COMPANY d/b/a<br>J.P. MORGAN CHASE BANK, NA d/b/a<br>CHASE BANK, FIRST COMMERCE REAL ESTATE<br>CORPORATION, AND LIBERTY MUTUAL FIRE<br>INSURANCE COMPANY | * MAGISTRATE:<br><br>* REQUEST FOR JURY<br>   TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LISTING OF ALL COUNSEL OF RECORD

The following list constitutes all counsel of record in this matter;

### COUNSEL FOR PLAINTIFF, INDA COLE

**Edward J. Womac, Jr., # 2195**
Brian King, #24817
Matthew Sutton, # 30084
Brian Branch, #30411
Jason Giles, #29211
Douglas J. Womac, Jr. #31570
Christopher J. Williamson, #23911
Anthony J. Milazzo, III, #29631
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street.
New Orleans, LA 70119
Tel: 504-486-9999
Fax: 504-488-4178

**COUNSEL FOR DEFENDANTS, JPMORGAN CHASE BANK, NA (INCORRECTLY REFERRED TO AS "J.P. MORGAN CHASE AND COMPANY D/B/A J.P. MORGAN CHASE BANK, NA, D/B/A CHASE BANK") AND LIBERTY MUTUAL FIRE INSURANCE COMPANY**

**Brent M. Maggio, # 19959**
Scott F. Davis, #26013
Lori A. Daigle, # 31687
Allen & Gooch
3900 N. Causeway Blvd., Suite 1450
Metairie, Louisiana 70002
Tel: 504-836-5260
Fax: 504-836-5265

Respectfully Submitted,

**Allen & Gooch**

BY: _____
**BRENT M. MAGGIO, T.A., # 19959
SCOTT F. DAVIS, #26013
LORI A. DAIGLE, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265**

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing Notice of Removal and Verification has been electronically filed on the ___2___ day of March, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and by depositing same in the United States Mail, postage prepaid, and properly addressed this ___2___ day of March, 2010, upon:

**CLERK OF COURT**
**CIVIL DISTRICT COURT**
**PARISH OF ORLEANS**
**STATE OF LOUISIANA**
421 Loyola Avenue, Room 402
New Orleans, LA 70112
Phone: (504) 592-9100
Fax: (504) 592-9128

**Edward J. Womac, Jr., # 2195**
Brian King, #24817
Matthew Sutton, # 30084
Brian Branch, #30411
Jason Giles, #29211
Douglas J. Womac, Jr. #31570
Christopher J. Williamson, #23911
Anthony J. Milazzo, III, #29631
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street.
New Orleans, LA 70119
Tel: 504-486-9999
Fax: 504-488-4178
*Counsel for Plaintiff*

_____
Brent M. Maggio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INDA COLE | * CIVIL ACTION NO.: |
| VERSUS | * SECTION: |
| J.P. MORGAN CHASE AND COMPANY d/b/a<br>J.P. MORGAN CHASE BANK, NA d/b/a<br>CHASE BANK, FIRST COMMERCE REAL ESTATE<br>CORPORATION, AND LIBERTY MUTUAL FIRE<br>INSURANCE COMPANY | * MAGISTRATE:<br><br>* REQUEST FOR JURY<br>  TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF JEFFERSON

## VERIFICATION

**BEFORE ME,** the undersigned authority, a Notary Public, in and for the aforesaid Parish and State, personally came and appeared:

### BRENT M. MAGGIO

who, after being duly sworn, did depose and say:

That he is the attorney for **JPMorgan Chase Bank, NA (incorrectly referred to as "J.P. Morgan Chase and Company d/b/a J.P. Morgan Chase Bank, NA, d/b/a Chase Bank") and Liberty Mutual Fire Insurance Company**, that he has prepared the foregoing Notice of Removal, and has read said Notice and knows the contents thereof, and that the allegations contained therein are true and correct to the best of his knowledge and belief.

_____
Brent M. Maggio

SWORN TO AND SUBSCRIBED before me, this ___ day of March, 2010.

_____/Scott F Davis_____
NOTARY PUBLIC, # 26013

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing Notice of Removal and Verification has been electronically filed on the ___ day of March, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and by depositing same in the United States Mail, postage prepaid, and properly addressed this ___ day of March, 2010, upon:

**CLERK OF COURT**
**CIVIL DISTRICT COURT**
**PARISH OF ORLEANS**
**STATE OF LOUISIANA**
421 Loyola Avenue, Room 402
New Orleans, LA 70112
Phone: (504) 592-9100
Fax: (504) 592-9128

**Edward J. Womac, Jr., # 2195**
Brian King, #24817
Matthew Sutton, # 30084
Brian Branch, #30411
Jason Giles, #29211
Douglas J. Womac, Jr. #31570
Christopher J. Williamson, #23911
Anthony J. Milazzo, III, #29631
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street.
New Orleans, LA 70119
Tel: 504-486-9999
Fax: 504-488-4178
*Counsel for Plaintiff*

_____
**Brent M. Maggio**